IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| O.F., a minor, by and through her parents, Joseph F., and Jill F., and <br> JOSEPH F., AND JILL F., in their individual capacities, <br>          Plaintiffs, <br><br> v. <br><br> FRIENDS CENTRAL SCHOOL CORPORATION, doing business as "FRIENDS CENTRAL SCHOOL," MELODY ACINAPURA, KELLY BIRD PIERRE, and CRAIG SELLARS, <br>          Defendants. | CIVIL ACTION <br><br> NO.  19-2708 |

## O R D E R

**AND NOW**, this 28th day of October, 2020, upon consideration of Motion of Friends Defendants for Dismissal of the Complaint (Document No. 4, filed August 23, 2019), the parties having settled the case and the Court having approved the Minor's Compromise by separate Order dated October 28, 2020, **IT IS ORDERED** that Motion of Friends Defendants for Dismissal of the Complaint is **DENIED AS MOOT**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.